UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
DEC - 9 2010
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

Ahmad Rasheed,

Plaintiff,

v.                              Civil Action No. 10 2088

Rhonda Reid Winston et al.,

Defendants.

MEMORANDUM OPINION

This matter is before the Court on plaintiff's *pro se* complaint and application to proceed *in forma pauperis*. The Court will grant plaintiff's application and dismiss the complaint for lack of subject matter jurisdiction.

Plaintiff is a resident of Macon, Georgia. He sues Judge Rhonda Reid Winston of the Superior Court of the District of Columbia, who presided over an action in the Probate Division pertaining to the care of plaintiff's 100-year-old mother. In addition, plaintiff lists as defendants other participants of the probate proceedings, including individuals apparently having power of attorney over his mother's finances. In essence, plaintiff is challenging Judge Winston's order dismissing his and his sister's "Petition for General Proceeding" and enjoining them from filing another such petition without court approval. *See* Compl. Attachment (Order of Oct. 28, 2010).

The federal district court lacks subject matter jurisdiction to review the decisions of another court. *See* 28 U.S.C. §§ 1331, 1332 (general jurisdictional provisions); *Fleming v. United States*, 847 F. Supp. 170, 172 (D.D.C. 1994), *cert. denied* 513 U.S. 1150 (1995).

Plaintiff's recourse lies, if at all, in the District of Columbia Court of Appeals. A separate Order of dismissal accompanies this Memorandum Opinion.

Date: December 3, 2010

/s/ Royce C. Lamberth
United States District Judge